O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-01172 (C) DDP |
| Plaintiff, | ) | |
| | ) | **ORDER SHORTENING TIME** |
| v. | ) | |
| | ) | |
| VLADIMIR ALEXANDER IRAHETA (25), | ) | [Motion filed on 8/31/11] |
| | ) | |
| Defendant. | ) | |

Good cause being shown, Defendant Vladimir Iraheta's Motion to De-Protect Discovery and Clarify Scope of the Protective Order shall be received as filed. The motion shall be heard on September 14, 2011 at 10:00 a.m. The government shall file an opposition to the motion on or before September 9, 2011 and the Defendant shall file a reply, if any, on or before September 12, 2011.

IT IS SO ORDERED.

Dated: September 6, 2011

DEAN D. PREGERSON
United States District Judge