Michael R. Belter, Esq.
California Bar No. 97417
16 North Marengo, Suite 619
Pasadena, CA 91101
Telephone: (626) 796-2599
Facsimile: (626) 796-1458
michaelbelter@yahoo.com

Attorney for Defendant
Eduardo Hernandez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-01172 DDP-23 |
| Plaintiff, | ORDER |
| v. | |
| EDUARDO HERNANDEZ, | |
| Defendant. | |

**O R D E R**

The defendant having previously requested and the Court having previously ordered that defense investigator, Zora Colakovic, may attend the trial proceedings in order to assist counsel in presenting Mr. Hernandez's defense, it is HEREBY ORDERED that Ms. Zora Colakovic may attend the trial proceedings after jury selection and throughout the government and defense presentations. Ms. Colakovic's attendance is for the purpose of assisting counsel in the presentation of Mr. Hernandez's defense.

Dated: April 3, 2012

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE